# UNITED STATES DISTRICT COURT
## District of Minnesota

Jor Yang,

Petitioner,

v.

Markwayne Mullin, Todd Blanche, David Venturella, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3722 JMB/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Petition (Doc. No. 1) is GRANTED as follows:

1. Respondents are ORDERED to release Petitioner Jor Y. immediately, subject to the same terms and conditions previously ordered, and in any event no later than 4:00 p.m. CT on August 28, 2026.
2. On or before 11:00 a.m. CT on August 31, 2026, counsel for Respondents shall file a letter affirming that they have released Petitioner Jor Y.
3. On or before 11:00 a.m. CT on August 31, 2026, counsel for Respondents shall also file a declaration pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms with supporting documentation that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation). Respondents must submit each of the following three forms to affirm return of Petitioner's property: I-77, I-216, and G-589. If Petitioner's property is lost, Respondents must also submit form I-387, "Report of Detainee's Missing Property." If Respondents cannot provide one or more of these forms, Respondents must address why they are unable to do so.

4. Petitioner Jor Y. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 20 U.S.C. § 2412(d).
5. To the extent Petitioner Jor Y. seeks additional relief, the Petition is DENIED.

Date: 8/28/2026

KATE M. FOGARTY, CLERK